IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 17-3301 |
| FUNDBOX, INC., ET AL. | : |

# O R D E R

**AND NOW**, this  26th  day of  February , 2018, upon consideration of Plaintiff's Motion to Compel Rapid Response Marketing, LLC to Gather Telemarketing Call Records From their Vendors to Avoid Loss of Documents That Identify Putative Class Members (ECF No. 23), it is hereby **ORDERED** that within ten (10) days of the date of this order, Defendant Rapid Response Marketing, LLC must provide the Court with copies of all contracts and agreements it has or had with third-party vendor Velan Info Services.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**