### IN THE UNITED STATES DISTRICT COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>FUNDBOX, INC., RAPID RESPONSE MARKETING, LLC, KEVIN DEVINCENZI, individually,<br><br>    Defendants. | Case No. 2:17-cv-03301-RBS |



FILED
SEP 1 2 2018
KATE BARKMAN, Clerk
By_____ Dep Clerk

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case. None of the rights of any putative class members have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 4th day of September, 2018.

By:/s/ *Anthony Paronich*
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
(617) 738-7080
Fax (617) 830-0327
anthony@broderick-law.com

*Counsel for Plaintiff*

By: /s/ *Jeffrey S. Jacobson*
Jeffrey S. Jacobson, Attorney ID No. 78251
Lauri A. Mazzuchetti (Admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
JJacobson@KelleyDrye.com
LMazzuchetti@KelleyDrye.com
Tel: (973) 503-5900
Fax: (973) 503-5950
*Counsel for Defendant Fundbox, Inc.*

/s/ *Karl S. Kronenberger*
Karl S. Kronenberger (Admitted *pro hac vice*)
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520

San Francisco, CA 94108
Telephone: (415) 955-1155
Fax: (415) 955-1158
Email: karl@krinternetlaw.com

*Counsel for Defendant Rapid Response Marketing, LLC and Kevin De Vincenzi*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 4, 2018, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich

APPROVED BY THE COURT THIS 12th DAY OF September, 2018

R. BARCLAY SURRICK, J.

Emailed to Counsel of Record. 9/12/18

2